JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ZAZA JILAVIANI,** | **NO. 5:26-cv-05998-KS** |
| **Petitioner,** | **JUDGMENT** |
| **v.** | |
| **ERNESTO SANTACRUZ, JR., et al.,** | |
| **Respondents.** | |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** as set forth in the Court's accompanying Order.

DATED: November 20, 2026

*Karen L. Stevenson*
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE